# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: Charles W. Siller

**Case No.** 2009-26167

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 12/31/12 **PETITION DATE:** 04/02/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $23,927 | $4,689 | |
| | b. Total Assets | $640,927 | $621,689 | |
| | c. Current Liabilities | $108,059 | $92,059 | |
| | d. Total Liabilities | $797,958 | $760,118 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $56,080 | $18,021 | $294,050 |
| | b. Total Disbursements | $36,842 | $16,105 | $325,615 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $19,238 | $1,916 | ($31,565) |
| | d. Cash Balance Beginning of Month | $4,689 | $2,773 | $55,492 |
| | e. Cash Balance End of Month (c + d) | $23,927 | $4,689 | $23,927 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $108,059 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1-15-13

Charles Siller
Responsible Individual

# BALANCE SHEET

**(Small Real Estate/Individual Case)**

**For the Month Ended** 12/31/12

| Line | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Assets** | | |
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $23,927 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $23,927 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | X | $235,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | $9,000 |
| 10 | Vehicles | | $3,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: 120 Acres on Frenchtown Road | | $120,000 |
| 16 | Mallard Duck Membership | | $250,000 |
| 17 | **Total Long Term Assets** | | $617,000 |
| 18 | **Total Assets** | | $640,927 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $67,059 |
| 23 | Other: Loan from Lavy | | $25,000 |
| 24 | Personal Loan | | $16,000 |
| 25 | **Total Current Liabilities** | | $108,059 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $108,059 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $689,898 |
| 32 | **Total Pre-Petition Liabilities** | | $689,898 |
| 33 | **Total Liabilities** | | $797,958 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($157,031) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $640,927 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Union Bank | Union Bank | |
| | | Checking | Checking | |
| 11 | Account No. | 2180055064 | 2180055080 | |
| 12 | Account Purpose | General | Social Security | |
| 13 | Balance, End of Month | $23,726 | $201 | |
| 14 | Total Funds on Hand for all Accounts | $23,927 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 12/31/12

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | $16,000 | $16,000 |
| 5 | Funds from CWS Enterprises, Inc. | $21,839 | $21,839 |
| 6 | Capital Contributions | | |
| 7 | Salary from CWS Enterprises, Inc. | $12,333 | $132,826 |
| 8 | Social Security Income | $5,908 | $81,106 |
| 9 | Economic Stimuls Payment | | $250 |
| 10 | Federal & State Income Tax Refunds | | $17,029 |
| 11 | Loan from Lavy & Personal Loan | | $25,000 |
| 12 | **Total Cash Receipts** | $56,080 | $294,050 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $4,107 | $57,146 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $10,896 | $169,896 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | $3,250 | $12,536 |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Accounting | | $4,000 |
| 33 | Dues | $18,589 | $72,037 |
| 34 | Add Roof to Residential House | | $10,000 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $36,842 | $325,615 |
| 38 | **Net Increase (Decrease) in Cash** | $19,238 | ($31,565) |
| 39 | **Cash Balance, Beginning of Period** | $4,689 | $55,492 |
| 40 | **Cash Balance, End of Period** | $23,927 | $23,927 |

**UnionBank**

**STATEMENT OF ACCO( TS**

UNION BANK
SPECIALIZED DEPOSITS G218
POST OFFICE BOX 513840
LOS ANGELES CA 90051-3840

.RLES W SILLER
**Statement Number: 2180055064**
9/29/12 - 10/31/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

CY30M 610000 0011763-068871 972942

CHARLES W SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
P.O. BOX 992
YUBA CITY CA 95992

■ *Conveniently access account information and key online services using your smartphone with Union Bank's Mobile Business Center without enrollment through the Online Business Center. Check balances, make intra-bank transfers, approve wires securely, and view and make decisions on Positive Pay exceptions wherever you have mobile Internet service. To learn more, call your treasury relationship manager or contact Global Treasury Management Sales at 800-883-0285.*

## UNION BANK ESSENTIALS CHECKING SUMMARY

Account Number: 2180055064

Days in statement period: 33

| | | | |
|---|---|---|---|
| **Beginning balance on 9/29** | $ | | **4,863.77** |
| **Total Credits** | | | **16,000.00** |
| Deposits ( 1 ) | | 16,000.00 | |
| **Total Debits** | | | **-19,300.84** |
| Checks paid ( 6 ) | | -19,297.84 | |
| Other debits, fees and adjustments ( 1 ) | | -3.00 | |
| **Ending Balance on 10/31** | $ | | **1,562.93** |

## CREDITS

**Deposits**

*including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 10/16 | OFFICE DEPOSIT | 86693818 | $ | 16,000.00 |

## DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1231 | 10/2 | $ 250.00 | 1236* | 10/15 | $ 68.94 | | | $ |
| 1233* | 10/15 | 121.22 | 1237 | 10/16 | 191.28 | | | |
| 1234 | 10/16 | 77.04 | 1238 | 10/23 | 18,589.36 | | | |
| | | | **6 Checks paid** | | | **Total amount** | | **$ 19,297.84** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

**Other debits, fees and adjustments**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 10/31 | CHECK IMAGE FEE | | $ | 3.00 |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $66.00 |

**ERROR RESOLUTION NOTICE AND F .RAL BILLING RIGHTS SUMMARY FOR CONSUMER CUSTOMERS ONLY**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:** Telephone us at 800-238-4486 or, for hearing impaired at 800-826-7345 (TDD), or write to us at:

Union Bank, N.A.
Claims Operations, B02-469
P.O. Box 2327
Brea, CA 92822-2327

Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any);
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is in error or why you need more information; and
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, or 20 business days if the error concerns a new account open less than 31 days, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**BILLING RIGHTS SUMMARY - BILLING ERROR - CASH RESERVE ACCOUNTS**
**What To Do If You Think You Find a Mistake on Your Account**

If you think there is an error on this statement, write to us (on a separate sheet of paper) at the branch address shown at the top of the first page of this statement.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**BALANCE SUBJECT TO INTEREST RATE AND INTEREST CHARGE CALCULATION - CASH RESERVE ACCOUNT**

The balance upon which an interest rate is imposed is the Daily Unpaid Principal Balance. We calculate the interest charge on your Cash Reserve Account by applying a daily rate to each day's ending principal balance. The daily rate is calculated by dividing the 18% Annual Percentage Rate by 365. The Annual Percentage Rate is the annual interest rate on your Cash Reserve Account. Each day's ending principal balance consists of the unpaid amount of any previous advances, plus advances posted that day, less any payments or other credits posted that day, and excluding any unpaid interest, transfer fees or the annual fee. Each day that there is a positive ending daily principal balance, Union Bank will calculate an interest charge by multiplying the ending daily principal balance by the daily rate. The total of each day's interest charge for the billing cycle will be shown on your periodic statement as the "Interest Charge," and the total of each day's positive ending principal balance, divided by the number of days in the billing cycle, will be shown on your periodic statement as the "Balance Subject to Interest Rate."

**REPORTING INFORMATION TO CREDIT BUREAUS**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**TAX DEDUCTIBILITY**

You should consult a tax advisor regarding the deductibility of interest and charges for your Cash Reserve Account.

**Member FDIC**

**HOW TO BALANCE YOUR CHECKBOOK**

Make sure that all the transactions reflected on your statement have been recorded in your checkbook register.

1. ________ Begin with the Ending Balance from page 1 of your statement.
2. ________ Add any deposits and credits that are not shown on your statement.
3. ________ **Add your entries from steps 1 and 2.**
4. ________ Subtract any payments (outstanding checks, ATM or card purchases, transfers out, fees, charges, and adjustments) that are not shown on your statement.
5. ________ **Total of subtractions**
6. ________ **Subtract the amount in step 5 from the amount in step 3.**

The ending amount should agree with the balance in your checkbook register. If the amounts don't agree and you suspect a bank error, please contact us immediately.

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 9/29-10/1 | $ | 4,863.77 | 10/15 | $ | 4,423.61 | 10/23-10/30 | $ | 1,565.93 |
| 10/2-10/14 | | 4,613.77 | 10/16-10/22 | | 20,155.29 | 10/31 | | 1,562.93 |

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001231

DATE 9-25-12

PAY TO THE ORDER OF SHELBY L. LEMA $ 250.00

TWO HUNDRED FIFTY DOLLARS & NO CENTS DOLLARS

UnionBank

FOR HOUSEKEEPER - Final Payment

⑈001231⑈ ⑆122000496⑆ 2180055064⑈

10/01/2012 Country Bank
Marysville, CA 95901
Phone: 530-742-3800
Bus Date: 10/01/2012
Branch/Teller 0001/0044
10/01/2012 15:08:54

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001233

DATE 10-8-12

PAY TO THE ORDER OF AT&T $ 121.22

ONE HUNDRED TWENTY ONE DOLLARS & TWENTY TWO CENTS DOLLARS

UnionBank

FOR Acct #530 671-1400 874 6

⑈001233⑈ ⑆122000496⑆ 2180055064⑈

4461 110 101312 674745 0 5306711400374
5306711400874 121.22 For Deposit Only
964255582 674745 WEST AT&T JPMC
055 CC1 05 01 046 Chicago IL >021000021<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE







THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001234

Date 10-10-12

Pay to the order of RECOLOGY YUBA SUTTER $ 77.04

SEVENTY SEVEN DOLLARS & FOUR CENTS ........ Dollars

UnionBank

For Acct #030727563

⑈001234⑈ ⑆122000496⑆ 2180055064⑈

10/15/12 625108 030 140 139 NOR CAL #139
243183 7 7 >4516 1041044 0000000479
Credit the account of the within named payee
Without prejudice PFG REGULUS LA

ENDORSEMENT AREA:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001236

Date 10-10-12

Pay to the order of COMCAST $ 68.94

SIXTY EIGHT DOLLARS & NINETY FOUR CENTS ........ Dollars

UnionBank

For Acct #8155 60 003 0455969

⑈001236⑈ ⑆122000496⑆ 2180055064⑈

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001237

Date 10-10-12

Pay to the order of PG&E $ 191.28

ONE HUNDRED NINETY ONE DOLLARS & TWENTY EIGHT CENTS ...... Dollars

UnionBank

For Acct #1920624534-2

⑈001237⑈ ⑆122000496⑆ 2180055064⑈

10/16/2012 000748 0104 S

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001238

Date 10-15-12

Pay to the order of THE WHITE MALLARD CORP. $ 18,589.36

EIGHTEEN THOUSAND FIVE HUNDRED EIGHTY NINE DOLLARS & 36/100.... Dollars

UnionBank

For Total Amount Due

⑈001238⑈ ⑆122000496⑆ 2180055064⑈

ENDORSEMENT AREA:

PAY TO THE ORDER OF
FIRST REPUBLIC BANK
FOR DEPOSIT ONLY
THE WHITE MALLARD
A CORPORATION
80000320937

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0716751840 102312 FIRST REPUBLIC 121081669

**DEPOSIT TICKET**

**UnionBank**
400 California St., San Francisco, CA 94104
unionbank.com

DATE 10-16-12

*DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. INCLUDE ADDING MACHINE TAPE LISTING.*

| CURRENCY COUNT | |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL CURRENCY | |

| | DOLLARS | CENTS |
|---|---|---|
| TOTAL CURRENCY | 16,000 | 00 |
| TOTAL COIN | | |
| TOTAL FROM OTHER SIDE | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| TOTAL $ | 16,000 | 00 |

PLEASE ENTER TOTAL HERE

FOR ACH/DIRECT DEPOSIT ONLY, USE A VOIDED CHECK

**TOTAL DEPOSIT**

$ 16,000.00

**CHARLES W. SILLER**
**CHAPTER 11 DEBTOR IN POSSESSION**
**CASE #2009-26167**
**1220 WHYLER RD.**
**YUBA CITY, CA 95991**

1549472
GN2SBK

⑆520000412⑆ 2180055064⑈

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 09:50AM 02900 49798 020
10/16/12 $16,000.00
XXXXXX5064

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

11:16 AM

01/13/13

# Charles W. Siller
## Reconciliation Detail
### D.I.P. Charles Siller-General, Period Ending 10/31/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,863.77 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 9/23/2012 | 1231 | Shelby Lema | X | -250.00 | -250.00 |
| Check | 10/8/2012 | 1233 | AT&T | X | -121.22 | -371.22 |
| Check | 10/10/2012 | 1237 | PG&E | X | -191.28 | -562.50 |
| Check | 10/10/2012 | 1234 | Recology of Yuba S... | X | -77.04 | -639.54 |
| Check | 10/10/2012 | 1236 | Comcast | X | -68.94 | -708.48 |
| Check | 10/15/2012 | 1238 | The White Mallard | X | -18,589.36 | -19,297.84 |
| Check | 10/31/2012 | | | X | -3.00 | -19,300.84 |
| Total Checks and Payments | | | | | -19,300.84 | -19,300.84 |
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 10/16/2012 | | | X | 16,000.00 | 16,000.00 |
| Total Deposits and Credits | | | | | 16,000.00 | 16,000.00 |
| Total Cleared Transactions | | | | | -3,300.84 | -3,300.84 |
| Cleared Balance | | | | | -3,300.84 | 1,562.93 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 3/19/2012 | 1188 | AAA | | -143.00 | -143.00 |
| Total Checks and Payments | | | | | -143.00 | -143.00 |
| Total Uncleared Transactions | | | | | -143.00 | -143.00 |
| Register Balance as of 10/31/2012 | | | | | -3,443.84 | 1,419.93 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 17 items** | | | | | | |
| Check | 11/2/2012 | 1240 | U.S. Trustee | | -650.00 | -650.00 |
| Check | 11/2/2012 | 1241 | AT&T | | -459.51 | -1,109.51 |
| Check | 11/2/2012 | 1239 | Comcast | | -58.36 | -1,167.87 |
| Check | 11/5/2012 | 1242 | Anthem Blue Cross | | -515.14 | -1,683.01 |
| Check | 11/5/2012 | 1243 | Capital Insurance G... | | -258.00 | -1,941.01 |
| Check | 11/12/2012 | 1245 | Adobe Animal Hosp... | | -283.31 | -2,224.32 |
| Check | 11/12/2012 | 1244 | PG&E | | -120.65 | -2,344.97 |
| Check | 11/19/2012 | 1246 | AT&T | | -318.43 | -2,663.40 |
| Check | 11/20/2012 | 1247 | Les Schwab Tire Co. | | -295.00 | -2,958.40 |
| Check | 11/30/2012 | 1248 | DMV | | -164.00 | -3,122.40 |
| Check | 12/5/2012 | 1250 | Yuba County Tax C... | | -2,317.86 | -5,440.26 |
| Check | 12/5/2012 | 1251 | Sutter County Tax ... | | -932.22 | -6,372.48 |
| Check | 12/5/2012 | 1252 | Comcast | | -123.46 | -6,495.94 |
| Check | 12/14/2012 | 1253 | PG&E | | -183.40 | -6,679.34 |
| Check | 12/17/2012 | 1254 | Charles Siller | | -5,000.00 | -11,679.34 |
| Check | 12/18/2012 | 1255 | AT&T | | -100.77 | -11,780.11 |
| Check | 12/31/2012 | 1256 | Comcast | | -80.31 | -11,860.42 |
| Total Checks and Payments | | | | | -11,860.42 | -11,860.42 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 11/2/2012 | | | | 4,110.94 | 4,110.94 |
| Deposit | 11/16/2012 | | | | 4,110.94 | 8,221.88 |
| Deposit | 12/12/2012 | | | | 4,110.94 | 12,332.82 |
| Transfer | 12/17/2012 | | | | 21,839.44 | 34,172.26 |
| Total Deposits and Credits | | | | | 34,172.26 | 34,172.26 |
| Total New Transactions | | | | | 22,311.84 | 22,311.84 |
| **Ending Balance** | | | | | **18,868.00** | **23,731.77** |

Case 09-26167 Filed 01/15/13 Doc 476

**UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES CA 90051-3840

CHARLES W SILLER
**Statement Number:** 2180055064
11/1/12 - 11/30/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

CY30M 1010000 0011746-068093 303507

CHARLES W SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
P.O. BOX 992
YUBA CITY CA 95992

■ *Conveniently access account information and key online services using your smartphone with Union Bank's Mobile Business Center without enrollment through the Online Business Center. Check balances, make intra-bank transfers, approve wires securely, and view and make decisions on Positive Pay exceptions wherever you have mobile Internet service. To learn more, call your treasury relationship manager or contact Global Treasury Management Sales at 800-883-0285.*

## UNION BANK ESSENTIALS CHECKING SUMMARY

Account Number: 2180055064

Days in statement period: 30

| | | | |
|---|---|---|---|
| **Beginning balance on 11/1** | $ | | **1,562.93** |
| **Total Credits** | | | **11,024.61** |
| Deposits ( 2 ) | | 6,913.67 | |
| Other credits and adjustments ( 1 ) | | 4,110.94 | |
| **Total Debits** | | | **-5,764.13** |
| Checks paid ( 9 ) | | -2,958.40 | |
| Other debits, fees and adjustments ( 2 ) | | -2,805.73 | |
| **Ending Balance on 11/30** | $ | | **6,823.41** |

## CREDITS

**Deposits**

*Including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/2 | OFFICE DEPOSIT | 86320426 | $ | 2,802.73 |
| 11/16 | OFFICE DEPOSIT | 86782065 | | 4,110.94 |
| | **2 Deposits** | **Total amount** | $ | **6,913.67** |

**Other credits and adjustments**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/2 | MISCELLANEOUS BANK ORIGINATED ITEM | 86334967 | $ | 4,110.94 |

## DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1239 | 11/5 | $ 58.36 | 1243 | 11/9 | $ 258.00 | 1247 | 11/23 | $ 295.00 |
| 1240 | 11/6 | 650.00 | 1244 | 11/19 | 120.65 | | | |
| 1241 | 11/5 | 459.51 | 1245 | 11/19 | 283.31 | | | |
| 1242 | 11/14 | 515.14 | 1246 | 11/26 | 318.43 | | | |
| | | | **9 Checks paid** | | | **Total amount** | | **$ 2,958.40** |

### ERROR RESOLUTION NOTICE AND FEDERAL BILLING RIGHTS SUMMARY FOR CONSUMER CUSTOMERS ONLY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**
Telephone us at 800-238-4486 or, for hearing impaired at 800-826-7345 (TDD), or write to us at:

Union Bank, N.A.
Claims Operations, B02-469
P.O. Box 2327
Brea, CA 92822-2327

Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any);
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is in error or why you need more information; and
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, or 20 business days if the error concerns a new account open less than 31 days, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**BILLING RIGHTS SUMMARY - BILLING ERROR - CASH RESERVE ACCOUNTS**
**What To Do If You Think You Find a Mistake on Your Account**
If you think there is an error on this statement, write to us (on a separate sheet of paper) at the branch address shown at the top of the first page of this statement.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**BALANCE SUBJECT TO INTEREST RATE AND INTEREST CHARGE CALCULATION - CASH RESERVE ACCOUNT**
The balance upon which an interest rate is imposed is the Daily Unpaid Principal Balance. We calculate the interest charge on your Cash Reserve Account by applying a daily rate to each day's ending principal balance. The daily rate is calculated by dividing the 18% Annual Percentage Rate by 365. The Annual Percentage Rate is the annual interest rate on your Cash Reserve Account. Each day's ending principal balance consists of the unpaid amount of any previous advances, plus advances posted that day, less any payments or other credits posted that day, and excluding any unpaid interest, transfer fees or the annual fee. Each day that there is a positive ending daily principal balance, Union Bank will calculate an interest charge by multiplying the ending daily principal balance by the daily rate. The total of each day's interest charge for the billing cycle will be shown on your periodic statement as the "Interest Charge," and the total of each day's positive ending principal balance, divided by the number of days in the billing cycle, will be shown on your periodic statement as the "Balance Subject to Interest Rate."

**REPORTING INFORMATION TO CREDIT BUREAUS**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**TAX DEDUCTIBILITY**
You should consult a tax advisor regarding the deductibility of interest and charges for your Cash Reserve Account.

### HOW TO BALANCE YOUR CHECKBOOK

Make sure that all the transactions reflected on your statement have been recorded in your checkbook register.

1 ______ Begin with the Ending Balance from page 1 of your statement.

2 ______ Add any deposits and credits that are not shown on your statement.

3 ______ **Add your entries from steps 1 and 2.**

4 ______ Subtract any payments (outstanding checks, ATM or card purchases, transfers out, fees, charges, and adjustments) that are not shown on your statement.

5 ______ **Total of subtractions**

6 ______ **Subtract the amount in step 5 from the amount in step 3.**

The ending amount should agree with the balance in your checkbook register. If the amounts don't agree and you suspect a bank error, please contact us immediately.

MIX Paper from responsible sources

**UnionBank**

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 11/2 | MISCELLANEOUS BANK ORIGINATED ITEM | 86334970 | $ 2,802.73 |
| 11/30 | CHECK IMAGE FEE | | 3.00 |
| | **2 Other debits, fees and adjustments** | **Total amount $** | **2,805.73** |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $66.00 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 11/1 | $ 1,562.93 | 11/9-11/13 | $ 4,248.00 | 11/23-11/25 | $ 7,144.84 |
| 11/2-11/4 | 5,673.87 | 11/14-11/15 | 3,732.86 | 11/26-11/29 | 6,826.41 |
| 11/5 | 5,156.00 | 11/16-11/18 | 7,843.80 | 11/30 | 6,823.41 |
| 11/6-11/8 | 4,506.00 | 11/19-11/22 | 7,439.84 | | |

MIX Paper from responsible sources

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001239

DATE 11-2-12

PAY TO THE ORDER OF COMCAST $ 58.36

FIFTY EIGHT DOLLARS & THIRTY SIX CENTS DOLLARS

UnionBank

FOR Acct #8155 60 003 0056969

⑈001239⑈ ⑆122000496⑆ 2180055064⑈

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001240

DATE 11-2-12

PAY TO THE ORDER OF U.S. TRUSTEE $ 650.00

SIX HUNDRED FIFTY DOLLARS & NO CENTS DOLLARS

UnionBank

FOR Acct #722-09-26167

⑈001240⑈ ⑆122000496⑆ 2180055064⑈

>0410-3601-7<
US TREAS DG-ECP
20121105

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001241

16-49/1220
2180055064

DATE 11-2-12

PAY TO THE ORDER OF AT&T $ 459.51

FOUR HUNDRED FIFTY NINE DOLLARS & FIFTY ONE CENTS....... DOLLARS

UnionBank

FOR Acct #530 671-1400 874 6

⑈001241⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE.
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

6524 138 110512 715789 8 5306711400874
5306711400874 459.51 For Deposit Only
964255582 715788 WEST AT&T JPMC
068 001 05 01 050 Chicago IL >021000021<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA
Know your endorser. Require identification.

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001242

16-49/1220
2180055064

DATE 11-5-12

PAY TO THE ORDER OF ANTHEM BLUE CROSS $ 515.14

FIVE HUNDRED FIFTEEN DOLLARS & FOURTEEN CENTS.................. DOLLARS

UnionBank

FOR ID #C1 AC2257

⑈001242⑈ ⑆122000496⑆ 2180055064⑈ ⑈0000051514⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE.
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

BANK OF AMERICA
6560686750
BANK OF AMERICA
[illegible]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA
Know your endorser. Require identification.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001243

16-49/1220
2180055064

DATE 11-5-12

PAY TO THE ORDER OF CAPITAL INSURANCE Cp $ 258.00

TWO HUNDRED FIFTY EIGHT DOLLARS & NO CENTS............ DOLLARS

UnionBank

FOR 0-CIC-0-763650

⑈001243⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE.
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

109 763650 15 CIC 41001058 DEPOSIT BOFA 1499621894

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA
Know your endorser. Require identification.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001244

16-49/1220
2180055064

DATE 11-12-12

PAY TO THE ORDER OF PG&E $ 120.65

ONE HUNDRED TWENTY DOLLARS & SIXTY FIVE CENTS............ DOLLARS

UnionBank

FOR Acct #19006245 31-2

⑈001244⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE.
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

PG&E 11 11/19/2012 00007517 90 Mavro

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA
Know your endorser. Require identification.

MIX Paper from responsible sources







Case 09-26167 Filed 01/15/13 Doc 476

UnionBank

Page 6 of 7
Statement Number: 2180055064
11/1/12 - 11/30/12

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001245

16-49-6/1220
2180055064

DATE 11-12-12

PAY TO THE ORDER OF ADOBE ANIMAL HOSPITAL $ 263.31

TWO HUNDRED THREE DOLLARS & THIRTY ONE CENTS DOLLARS

UnionBank

FOR Inv #165370

⑈001245⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES.
• MICROLINE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE
• FAINT IMAGE OF WORD ORIGINAL ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

BANK >123205054< 11/16/2012 102462800229

ENDORSEMENT AREA:

Pay To The Order Of
FEATHER RIVER STATE BANK
For Deposit Only
ADOBE ANIMAL HOSPITAL
121000736

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001246

16-49-6/1220
2180055064

DATE 11-19-12

PAY TO THE ORDER OF AT&T $ 318.43

THREE HUNDRED EIGHTEEN DOLLARS FORTY THREE CENTS DOLLARS

UnionBank

FOR Acct #530 671-1400 874 6

⑈001246⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES.
• MICROLINE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE
• FAINT IMAGE OF WORD ORIGINAL ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

7060 002 112412 747529 0 5306711400874
530671140087 318.43 For Deposit Only
964255562 747529 WEST AT&T JPMC
031 001 05 01 027 Chicago IL >021000021<

ENDORSEMENT AREA:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Page 7 of 7
Statement Number: 2180055064
11/1/12 - 11/30/12

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001247

16-49-6/1220
2180055064

DATE 11-20-12

PAY TO THE ORDER OF Les Schwab Tire Center #614 $ 275.00

Two Hundred Ninety Five DOLLARS

UnionBank

FOR Tires

⑈001247⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES.
• MICROLINE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE
• FAINT IMAGE OF WORD ORIGINAL ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

>123000220< 11212012
1575 10 385 FKI 61

ENDORSEMENT AREA:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

UnionBank DEBIT NOTIFICATION
We Have CHARGED your account as follows:

| DATE | OFFICE/DEPT NO NAME |
|---|---|
| 11/2/12 | YUBA CITY |

| DESCRIPTION OF TRANSACTION | AMOUNT |
|---|---|
| DEPOSITED CHECK INTO WRONG ACCOUNT | 2802.73 |

CUSTOMER OFFICE NO. 530-671-7812 ACCT# 2419

CHARLES W. SILLER ACCOUNT NUMBER # 2180055064

TRAN CODE # $ 2,802.73

⑈798894⑈ ⑆510006701⑆

121103029000003000530

0011746-068099

MIX Paper from responsible sources FSC



Superior Press (888) 590-7998 Form Name: GEN-1001

DEPOSIT TICKET

UnionBank
400 California St., San Francisco, CA 94104
unionbank.com

DATE 11-16-12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. INCLUDE ADDING MACHINE TAPE LISTING.

CURRENCY COUNT

| | |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL CURRENCY | |

| | DOLLARS | CENTS |
|---|---|---|
| TOTAL CURRENCY | | |
| TOTAL COIN | | |
| TOTAL FROM OTHER SIDE | | |
| 1–26 | | |
| TOTAL | $4110 | 94 |

1549472
GN2SBK

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

FOR ACH/DIRECT DEPOSIT ONLY, USE A VOIDED CHECK

TOTAL DEPOSIT $ 4110 94

⑆5200004l2⑆ 2l80055064⑈

1339

CWS ENTERPRISES, INC.
DAVID FLEMMER TRUSTEE
2804 GATEWAY OAKS DRIVE SUITE 120
SACRAMENTO, CA 95833

BANK OF STOCKTON
HEADQUARTERS
P.O. BOX 1110 301 E. MINER AVE. STOCKTON, CA 95201

90-103-1211

11/11/2012

PAY TO THE ORDER OF Chuck Siller $ **4,110.94

Four Thousand One Hundred Ten and 94/100****** DOLLARS

Chuck Siller

MEMO

AUTHORIZED SIGNATURE

⑈001339⑈ ⑆121101037⑆ 1215013036⑈

6 —

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 12:13PM 02900 55035 016
11/16/12 $4,110.94
XXXXX5064

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

nBank **CREDIT NO[illegible]FICATION**

We Have CRED[illegible] your account as follows:

DATE: 11/2/12

OFFICE\DEPT. NO. NAME: YUBA CITY

[DESCRIPT]ION OF TRANSACTION: [D]EPOSITED CHECK INTO WRONG [A]CCOUNT

AMOUNT: 2802.73

[CUSTOME]R OFFICE NO.: [530]-671-7892

CONTRA: ACC# 5004

PREPARED BY: [signature]

APPROVED BY: [signature]

ACCOUNT NUMBER

CWS ENTERPRISES
FARM ACCOUNT

TRAN CODE

\# 2180002419

CR

\#

$ 2,802.73

⑈3 24803⑈ ⑆5 2000 4706⑆

---

UnionBank **DEBIT NOTIFICATION**

We Have CHARGED your account as follows:

DATE: 11/2/12

OFFICE\DEPT. NO. NAME: YUBA CITY

DESCRIPTION OF TRANSACTION: DEPOSITED CHECK INTO WRONG ACCOUNT

AMOUNT: 2802.73

CUSTOMER OFFICE NO.: 530-671-7892

CONTRA: ACC# 2419

PREPARED BY: [signature]

APPROVED BY: [signature]

ACCOUNT NUMBER

CHARLES W SILLER

TRAN CODE

\# 2180055004

\#

$ 2,802.73

⑈798894⑈ ⑆5 1000 670 1⑆

FORM 08052 (REV. 07/2009) (FORM 08052-IMP IF ENCODED)

---

6 —

OUT OF 2419 CWS

TO

Personal

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 01:29PM 02900 49798 090
11/02/12
XXXXXX5064                $2,802.73

We sincerely appreciate your
business and thank you for banking at
Union Bank.

Member FDIC

Farm

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 03:49PM 02900 49798 136
11/02/12
XXXXXX2419                $2,802.73

We sincerely appreciate your
business and thank you for banking at
Union Bank.

Member FDIC

11:19 AM
01/13/13

# Charles W. Siller
## Reconciliation Detail
### D.I.P. Charles Siller-General, Period Ending 11/30/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,562.93 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 11/2/2012 | 1240 | U.S. Trustee | X | -650.00 | -650.00 |
| Check | 11/2/2012 | 1241 | AT&T | X | -459.51 | -1,109.51 |
| Check | 11/2/2012 | 1239 | Comcast | X | -58.36 | -1,167.87 |
| Check | 11/5/2012 | 1242 | Anthem Blue Cross | X | -515.14 | -1,683.01 |
| Check | 11/5/2012 | 1243 | Capital Insurance G... | X | -258.00 | -1,941.01 |
| Check | 11/12/2012 | 1245 | Adobe Animal Hosp... | X | -283.31 | -2,224.32 |
| Check | 11/12/2012 | 1244 | PG&E | X | -120.65 | -2,344.97 |
| Check | 11/19/2012 | 1246 | AT&T | X | -318.43 | -2,663.40 |
| Check | 11/20/2012 | 1247 | Les Schwab Tire Co. | X | -295.00 | -2,958.40 |
| Check | 11/30/2012 | | | X | -3.00 | -2,961.40 |
| Total Checks and Payments | | | | | -2,961.40 | -2,961.40 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 11/2/2012 | | | X | 4,110.94 | 4,110.94 |
| Deposit | 11/16/2012 | | | X | 4,110.94 | 8,221.88 |
| Total Deposits and Credits | | | | | 8,221.88 | 8,221.88 |
| Total Cleared Transactions | | | | | 5,260.48 | 5,260.48 |
| Cleared Balance | | | | | 5,260.48 | 6,823.41 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 3/19/2012 | 1188 | AAA | | -143.00 | -143.00 |
| Check | 11/30/2012 | 1248 | DMV | | -164.00 | -307.00 |
| Total Checks and Payments | | | | | -307.00 | -307.00 |
| Total Uncleared Transactions | | | | | -307.00 | -307.00 |
| Register Balance as of 11/30/2012 | | | | | 4,953.48 | 6,516.41 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 12/5/2012 | 1250 | Yuba County Tax C... | | -2,317.86 | -2,317.86 |
| Check | 12/5/2012 | 1251 | Sutter County Tax ... | | -932.22 | -3,250.08 |
| Check | 12/5/2012 | 1252 | Comcast | | -123.46 | -3,373.54 |
| Check | 12/14/2012 | 1253 | PG&E | | -183.40 | -3,556.94 |
| Check | 12/17/2012 | 1254 | Charles Siller | | -5,000.00 | -8,556.94 |
| Check | 12/18/2012 | 1255 | AT&T | | -100.77 | -8,657.71 |
| Check | 12/31/2012 | 1256 | Comcast | | -80.31 | -8,738.02 |
| Total Checks and Payments | | | | | -8,738.02 | -8,738.02 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/12/2012 | | | | 4,110.94 | 4,110.94 |
| Transfer | 12/17/2012 | | | | 21,839.44 | 25,950.38 |
| Total Deposits and Credits | | | | | 25,950.38 | 25,950.38 |
| Total New Transactions | | | | | 17,212.36 | 17,212.36 |
| **Ending Balance** | | | | | **22,165.84** | **23,728.77** |



**UnionBank**

STATEMENT OF ACCOUNTS
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES CA 90051-3840

CHARLES W SILLER
**Statement Number: 2180055064**
12/1/12 - 12/31/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

CY30M 710230 0011539-067423 23 309381
CHARLES W SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
P.O. BOX 992
YUBA CITY CA 95992

■ *Effective 1/1/2013, non-interest checking account and IOLTA (Interest on Lawyers Trust Account) balances will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information, please visit http://www.fdic.gov/deposit/deposits/unlimited/expiration.html.*

## UNION BANK ESSENTIALS CHECKING SUMMARY

Account Number: 2180055064

Days in statement period: 31

| | | | |
|---|---|---|---|
| **Beginning balance on 12/1** | $ | | **6,823.41** |
| **Total Credits** | | | **25,950.38** |
| Deposits ( 2 ) | | 25,950.38 | |
| **Total Debits** | | | **-8,824.71** |
| Checks paid ( 7 ) | | -8,821.71 | |
| Other debits, fees and adjustments ( 1 ) | | -3.00 | |
| **Ending Balance on 12/31** | $ | | **23,949.08** |

## CREDITS

**Deposits**

*Including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/12 | OFFICE DEPOSIT | 86702095 | $ | 4,110.94 |
| 12/17 | OFFICE DEPOSIT | 86855412 | | 21,839.44 |
| | **2 Deposits** | **Total amount** | $ | **25,950.38** |

## DEBITS

**Checks paid**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1248 | 12/5 | $ 164.00 | 1252 | 12/10 | $ 123.46 | 1255 | 12/26 | $ 100.77 |
| 1250* | 12/6 | 2,317.86 | 1253 | 12/24 | 183.40 | | | |
| 1251 | 12/7 | 932.22 | 1254 | 12/24 | 5,000.00 | | | |
| | | | **7 Checks paid** | | | **Total amount** | | $ **8,821.71** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

**Other debits, fees and adjustments**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/31 | CHECK IMAGE FEE | | $ | 3.00 |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $66.00 |

MIX Paper from responsible sources FSC

### ERROR RESOLUTION NOTICE AND FEDERAL BILLING RIGHTS SUMMARY FOR CONSUMER CUSTOMERS ONLY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:** Telephone us at 800-238-4486 or, for hearing impaired at 800-826-7345 (TDD), or write to us at:

Union Bank, N.A.
Claims Operations, B02-469
P.O. Box 2327
Brea, CA 92822-2327

Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any);
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is in error or why you need more information; and
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, or 20 business days if the error concerns a new account open less than 31 days, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**BILLING RIGHTS SUMMARY - BILLING ERROR - CASH RESERVE ACCOUNTS**
**What To Do If You Think You Find a Mistake on Your Account**
If you think there is an error on this statement, write to us (on a separate sheet of paper) at the branch address shown at the top of the first page of this statement.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**BALANCE SUBJECT TO INTEREST RATE AND INTEREST CHARGE CALCULATION - CASH RESERVE ACCOUNT**
The balance upon which an interest rate is imposed is the Daily Unpaid Principal Balance. We calculate the interest charge on your Cash Reserve Account by applying a daily rate to each day's ending principal balance. The daily rate is calculated by dividing the 18% Annual Percentage Rate by 365. The Annual Percentage Rate is the annual interest rate on your Cash Reserve Account. Each day's ending principal balance consists of the unpaid amount of any previous advances, plus advances posted that day, less any payments or other credits posted that day, and excluding any unpaid interest, transfer fees or the annual fee. Each day that there is a positive ending daily principal balance, Union Bank will calculate an interest charge by multiplying the ending daily principal balance by the daily rate. The total of each day's interest charge for the billing cycle will be shown on your periodic statement as the "Interest Charge," and the total of each day's positive ending principal balance, divided by the number of days in the billing cycle, will be shown on your periodic statement as the "Balance Subject to Interest Rate."

**REPORTING INFORMATION TO CREDIT BUREAUS**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**TAX DEDUCTIBILITY**
You should consult a tax advisor regarding the deductibility of interest and charges for your Cash Reserve Account.

### HOW TO BALANCE YOUR CHECKBOOK

Make sure that all the transactions reflected on your statement have been recorded in your checkbook register.

1 ______ Begin with the Ending Balance from page 1 of your statement.

2 ______ Add any deposits and credits that are not shown on your statement.

3 ______ **Add your entries from steps 1 and 2.**

4 ______ Subtract any payments (outstanding checks, ATM or card purchases, transfers out, fees, charges, and adjustments) that are not shown on your statement.

5 ______ **Total of subtractions**

6 ______ **Subtract the amount in step 5 from the amount in step 3.**

The ending amount should agree with the balance in your checkbook register. If the amounts don't agree and you suspect a bank error, please contact us immediately.

Case 09-26167 Filed 01/15/13 Doc 476

UnionBank

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 12/1-12/4 | $ | 6,823.41 | 12/10-12/11 | $ | 3,285.87 | 12/26-12/30 | $ | 23,952.08 |
| 12/5 | | 6,659.41 | 12/12-12/16 | | 7,396.81 | 12/31 | | 23,949.08 |
| 12/6 | | 4,341.55 | 12/17-12/23 | | 29,236.25 | | | |
| 12/7-12/9 | | 3,409.33 | 12/24-12/25 | | 24,052.85 | | | |

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001248

DATE 11/30/12

PAY TO THE ORDER OF DMV $ 164.00

One hundred sixty four and no/100 DOLLARS

UnionBank

FOR 2006 Ford

Charles Siller

⑈001248⑈ ⑆122000496⑆ 2180055064⑈

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD
YUBA CITY, CA 95991

001250

DATE 12-5-12

PAY TO THE ORDER OF YUBA COUNTY TAX COLLECTOR $ 2,317.86

TWO THOUSAND THREE HUNDRED SEVENTEEN DOLLARS & EIGHTY SIX CENTS DOLLARS

UnionBank

FOR ASMT #05-150-001-000

Charles Siller

⑈001250⑈ ⑆122000496⑆ 2180055064⑈







UnionBank

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

19510 932.22

001251

DATE 12-5-12

PAY TO THE ORDER OF SUTTER COUNTY TAX COLLECTOR $ 932.22

NINE HUNDRED THIRTY TWO DOLLARS & TWENTY TWO CENTS... DOLLARS

UnionBank

FOR APN #52-103-022

Charles Siller

⑈001251⑈ ⑆122000496⑆ 2180055064⑈

Credited to Acct 1539D1956787 121206D101
Return Acct 1539D1956787

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA

---

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001252

DATE 12-5-12

PAY TO THE ORDER OF COMCAST $ 123.46

ONE HUNDRED TWENTY THREE DOLLARS & FORTY SIX CENTS........ DOLLARS

UnionBank

FOR Acct #8155 60 003 0456969

Charles Siller

⑈001252⑈ ⑆122000496⑆ 2180055064⑈

12/10/2012 08310 0906

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA

---

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001253

DATE 12-14-12

PAY TO THE ORDER OF PG&E $ 183.40

ONE HUNDRED EIGHTY THREE DOLLARS & FORTY CENTS............... DOLLARS

UnionBank

FOR Acct #1920624534-2

Charles Siller

⑈001253⑈ ⑆122000496⑆ 2180055064⑈

12/24/2012 000053 0230 5

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA

---

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001254

DATE 12-17-12

PAY TO THE ORDER OF CASH $ 5,000.00

FIVE THOUSAND DOLLARS & NO CENTS............... DOLLARS

UnionBank

FOR CHRISTMAS GIFTS

Charles Siller

⑈001254⑈ ⑆122000496⑆ 2180055064⑈

201 02P0C 122412 55390 006
$5,000.00

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA

Charles Siller

MIX Paper from responsible sources

0011539-067427

Case 09-26167 Filed 01/15/13 Doc 476

**UnionBank**

Statement Number: 2180055064
12/1/12 - 12/31/12

H

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001255

DATE 12-18-12

16-49-6/1220
2180055064

PAY TO THE ORDER OF AT&T $ 100.77

ONE HUNDRED DOLLARS & SEVENTY SEVEN CENTS.................DOLLARS

UnionBank

FOR Acct #530 671-1400 874 6

Charles Siller

⑈001255⑈ ⑆122000496⑆ 2180055064⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES.
• MULTI-COLOR PRINTING ON FACE.
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS.

5138 060 122212 809032 0 5306711400874
5306711400874 100.77 For Deposit Only
964255582 809032 WEST AT&T JPMC
030 OO1 05 01 020 Chicago IL >021000021<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSEMENT AREA:
Have your endorser (illegible)

MIX
Paper from responsible sources
FSC

DEPOSIT TICKET
UnionBank
400 California St., San Francisco, CA 94104
unionbank.com
Superior Press (888) 590-7998 Form Name: CEN-1001

DATE 12-17-12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. INCLUDE ADDING MACHINE TAPE LISTING.

TOTAL $21,839 44

1549472
GN2SBK

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

FOR ACH/DIRECT DEPOSIT ONLY, USE A VOIDED CHECK

TOTAL DEPOSIT $ 21839.44

⑆5200004121⑆ 2180055064⑈

---

CWS ENTERPRISES, INC.
DAVID FLEMMER TRUSTEE
2804 GATEWAY OAKS DRIVE SUITE120
SACRAMENTO, CA 95833

BANK OF STOCKTON
HEADQUARTERS
P.O. BOX 1110, 301 E. MINER AVE. STOCKTON, CA 95201
90-103-1211

135

12/14/2012

PAY TO THE ORDER OF Chuck Siller $ **21,839.44

Twenty-One Thousand Eight Hundred Thirty-Nine and 44/100*********** DOLLARS

Chuck Siller

MEMO Draw per MLG-3

AUTHORIZED SIGNATURE

⑈001358⑈ ⑆121101037⑆ 1215013036⑈

---

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 01:43PM 02900 55035 065
12/17/12
XXXXXX5064 $21,839.44

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

UnionBank
400 California St., San Francisco, CA 94104
unionbank.com

DATE 12-12-12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. INCLUDE ADDING MACHINE TAPE LISTING.

CURRENCY COUNT: X 100, X 50, X 20, X 10, X 5, X 2, X 1 — TOTAL CURRENCY

TOTAL CURRENCY / TOTAL COIN / TOTAL FROM OTHER SIDE / 1–26 — DOLLARS / CENTS

TOTAL $4110 94

PLEASE ENTER TOTAL HERE

1549472
GN2SBK

CHARLES W. SILLER
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

FOR ACH/DIRECT DEPOSIT ONLY, USE A VOIDED CHECK

TOTAL DEPOSIT

$ 4,110.94

⑆520000412⑆ 2180055064⑈

1355

CWS ENTERPRISES, INC.
DAVID FLEMMER TRUSTEE
2804 GATEWAY OAKS DRIVE SUITE120
SACRAMENTO, CA 95833

BANK OF STOCKTON
HEADQUARTERS
P.O. BOX 1110, 301 E. MINER AVE., STOCKTON, CA 95201

90-103-1211

12/10/2012

PAY TO THE ORDER OF Chuck Siller $ **4,110.94

Four Thousand One Hundred Ten and 94/100*************************************** DOLLARS

Chuck Siller

MEMO

AUTHORIZED SIGNATURE

Security features. Details on back.

⑈001355⑈ ⑆121101037⑆ 1215013036⑈

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 01:47PM 02900 49798 070
12/12/12
XXXXX5064

$4,110.94

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

11:20 AM

01/13/13

# Charles W. Siller
## Reconciliation Detail
### D.I.P. Charles Siller-General, Period Ending 12/31/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 6,823.41 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 11/30/2012 | 1248 | DMV | X | -164.00 | -164.00 |
| Check | 12/5/2012 | 1250 | Yuba County Tax C... | X | -2,317.86 | -2,481.86 |
| Check | 12/5/2012 | 1251 | Sutter County Tax ... | X | -932.22 | -3,414.08 |
| Check | 12/5/2012 | 1252 | Comcast | X | -123.46 | -3,537.54 |
| Check | 12/14/2012 | 1253 | PG&E | X | -183.40 | -3,720.94 |
| Check | 12/17/2012 | 1254 | Charles Siller | X | -5,000.00 | -8,720.94 |
| Check | 12/18/2012 | 1255 | AT&T | X | -100.77 | -8,821.71 |
| Check | 12/31/2012 | | | X | -3.00 | -8,824.71 |
| Total Checks and Payments | | | | | -8,824.71 | -8,824.71 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/12/2012 | | | X | 4,110.94 | 4,110.94 |
| Transfer | 12/17/2012 | | | X | 21,839.44 | 25,950.38 |
| Total Deposits and Credits | | | | | 25,950.38 | 25,950.38 |
| Total Cleared Transactions | | | | | 17,125.67 | 17,125.67 |
| Cleared Balance | | | | | 17,125.67 | 23,949.08 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 3/19/2012 | 1188 | AAA | | -143.00 | -143.00 |
| Check | 12/31/2012 | 1256 | Comcast | | -80.31 | -223.31 |
| Total Checks and Payments | | | | | -223.31 | -223.31 |
| Total Uncleared Transactions | | | | | -223.31 | -223.31 |
| Register Balance as of 12/31/2012 | | | | | 16,902.36 | 23,725.77 |
| **Ending Balance** | | | | | **16,902.36** | **23,725.77** |

Case 09-26167 Filed 01/15/13 Doc 476

STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES CA 90051-3840

CHARLES W SILLER
**Statement Number: 2180055080**
9/28/12 - 10/30/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

CY20 M 1 1 0000 0000191-000378 972691

CHARLES W SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 2009-26167
P.O. BOX 992
YUBA CITY CA 95992

*Conveniently access account information and key online services using your smartphone with Union Bank's Mobile Business Center without enrollment through the Online Business Center. Check balances, make intra-bank transfers, approve wires securely, and view and make decisions on Positive Pay exceptions wherever you have mobile Internet service. To learn more, call your treasury relationship manager or contact Global Treasury Management Sales at 800-883-0285.*

## UNION BANK ESSENTIALS CHECKING SUMMARY

Account Number: 2180055080

Days in statement period: 33

| | | | |
|---|---|---|---|
| **Beginning balance on 9/28** | $ | | **217.74** |
| **Total Credits** | | | **1,896.00** |
| Deposits ( 1 ) | | 1,896.00 | |
| **Total Debits** | | | **-2,013.00** |
| Checks paid ( 1 ) | | -2,000.00 | |
| Other debits, fees and adjustments ( 2 ) | | -13.00 | |
| **Ending Balance on 10/30** | $ | | **100.74** |

## CREDITS

### Deposits

*including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 10/16 | OFFICE DEPOSIT | 86693820 | $ | 1,896.00 |

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1043 | 10/25 | $ 2,000.00 | | | | | | |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 10/30 | CHECK IMAGE FEE | | $ | 3.00 |
| 10/30 | SERVICE CHARGE W/PAPER STATEMENT | | | 10.00 |
| | **2 Other debits, fees and adjustments** | **Total amount** | **$** | **13.00** |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 9/28-10/15 | $ 217.74 | 10/25-10/29 | $ 113.74 | | $ |
| 10/16-10/24 | 2,113.74 | 10/30 | 100.74 | | |

MIX
Paper from responsible sources
FSC® C103380




H

THIS WARNING BAR MUST HAVE A GRAY BACKGROUND WHICH FADES TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. ADDITIONAL SECURITY FEATURES ARE LISTED ON THE BACK.

CHARLES W. SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001043

DATE 10-16-12

16-49-6/1220
2180055080

PAY TO THE ORDER OF CASH $ 2,000.00

TWO THOUSAND DOLLARS & NO CENTS.......... DOLLARS

Union Bank, N.A.
Specialized Deposits
445 S Figueroa St., Los Angeles CA 90071

FOR CASH

⑈001043⑈ ⑆122000496⑆ 2180055080⑈

ENDORSEMENT AREA:
Know your endorser. Require identification.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

201 02900 102512 34058 019
$2,000.00
1502900002000465

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES ABOVE. CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES.
• MULTI-COLOR PRINTING ON FACE
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS.

United States Treasury 15-51

$ 491 224 440

Check No.

10 03 12 64 SAN FRANCISCO, CA

3157 17761647 28045900 S1 5 S

3157 17761647

Pay to the order of CHARLES W SILLER 47
1220 WHYLER RD
YUBA CITY CA 95991-4715

SOC SEC FOR SEP

$***1896*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

454

⑈0805500812 21⑆000025⑆

$ 1896.00

CHARLES W. SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

GN2SBK
1549474

DEPOSIT TICKET

UnionBank
400 California St., San Francisco, CA 94104
unionbank.com

DATE 10-16-12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
INCLUDE ADDING MACHINE TAPE LISTING

CURRENCY COUNT

| | DOLLARS | CENTS |
|---|---|---|
| X 100 | | |
| X 50 | | |
| X 20 | | |
| X 10 | | |
| X 5 | | |
| X 2 | | |
| X 1 | | |
| TOTAL CURRENCY | | |
| TOTAL CURRENCY | | |
| TOTAL COIN | | |
| TOTAL FROM OTHER SIDE | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| TOTAL | $1896 | 00 |

FOR ACH/DIRECT DEPOSIT ONLY USE A VOIDED CHECK

TOTAL DEPOSIT

PLEASE ENTER TOTAL HERE

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 09:52AM 02900 49798 021
10/16/12
XXXXXX5080 $1,896.00

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

10:59 AM

01/13/13

# Charles W. Siller
## Reconciliation Detail
### D.I.P. Charles Siller-S.S. Acco, Period Ending 10/30/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 217.74 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 10/16/2012 | 1043 | Charles Siller | X | -2,000.00 | -2,000.00 |
| Check | 10/30/2012 | | | X | -13.00 | -2,013.00 |
| Total Checks and Payments | | | | | -2,013.00 | -2,013.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/16/2012 | | | X | 1,896.00 | 1,896.00 |
| Total Deposits and Credits | | | | | 1,896.00 | 1,896.00 |
| Total Cleared Transactions | | | | | -117.00 | -117.00 |
| Cleared Balance | | | | | -117.00 | 100.74 |
| Register Balance as of 10/30/2012 | | | | | -117.00 | 100.74 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 11/5/2012 | 1044 | Charles Siller | | -1,896.00 | -1,896.00 |
| Check | 12/14/2012 | 1045 | Charles Siller | | -2,000.00 | -3,896.00 |
| Total Checks and Payments | | | | | -3,896.00 | -3,896.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 11/2/2012 | | | | 1,896.00 | 1,896.00 |
| Deposit | 12/14/2012 | | | | 2,116.00 | 4,012.00 |
| Total Deposits and Credits | | | | | 4,012.00 | 4,012.00 |
| Total New Transactions | | | | | 116.00 | 116.00 |
| **Ending Balance** | | | | | **-1.00** | **216.74** |

 STATEMENT OF ACCOUNTS
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES CA 90051-3840

CHARLES W SILLER
Statement Number: 2180055080
10/31/12 - 11/29/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

H

CY20 M 2 10000 0000236-000468 303109
CHARLES W SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 2009-26167
P.O. BOX 992
YUBA CITY CA 95992

*Conveniently access account information and key online services using your smartphone with Union Bank's Mobile Business Center without enrollment through the Online Business Center. Check balances, make intra-bank transfers, approve wires securely, and view and make decisions on Positive Pay exceptions wherever you have mobile Internet service. To learn more, call your treasury relationship manager or contact Global Treasury Management Sales at 800-883-0285.*

## UNION BANK ESSENTIALS CHECKING SUMMARY

Account Number: 2180055080

Days in statement period: 30

| | | | |
|---|---|---|---|
| **Beginning balance on 10/31** | **$** | | **100.74** |
| **Total Credits** | | | **6,006.94** |
| Deposits ( 2 ) | | 6,006.94 | |
| **Total Debits** | | | **-6,009.94** |
| Checks paid ( 1 ) | | -1,896.00 | |
| Other debits, fees and adjustments ( 2 ) | | -4,113.94 | |
| **Ending Balance on 11/29** | **$** | | **97.74** |

## CREDITS

### Deposits

*including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/2 | OFFICE DEPOSIT | 86334971 | $ | 1,896.00 |
| 11/2 | OFFICE DEPOSIT | 86320424 | | 4,110.94 |
| | **2 Deposits** | **Total amount** | **$** | **6,006.94** |

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1044 | 11/28 | $ 1,896.00 | | | | | | |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/2 | MISCELLANEOUS BANK ORIGINATED ITEM | 86334968 | $ | 4,110.94 |
| 11/29 | CHECK IMAGE FEE | | | 3.00 |
| | **2 Other debits, fees and adjustments** | **Total amount** | **$** | **4,113.94** |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31-11/1 | $ | 100.74 | 11/28 | $ | 100.74 | | $ | |
| 11/2-11/27 | | 1,996.74 | 11/29 | | 97.74 | | | |

MIX
Paper from responsible sources
FSC



UnionBank

Statement Number: 2180055080
/31/12 - 11/29/12

H

THIS WARNING BAR MUST HAVE A GRAY BACKGROUND WHICH FADES TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. ADDITIONAL SECURITY FEATURES ARE LISTED ON THE BACK.

CHARLES W. SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001044

DATE 11-5-12

16-49-6/1220
2180055080

PAY TO THE ORDER OF CASH $ 1896.00

ONE THOUSAND EIGHT HUNDRED NINETY SIX DOLLARS & NO CENTS........ DOLLARS

UNION BANK, N.A.
SPECIALIZED DEPOSITS
445 S. FIGUEROA ST., LOS ANGELES, CA 90071

FOR CASH

Charles Siller

⑈001044⑈ ⑆122000496⑆ 2180055080⑈

ENDORSEMENT AREA
Charles Siller

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$1,896.00
201 02900 112812 36058 049

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED-SIGNATURE LINE ON FACE AND ENDORSEMENT LINES ABOVE; THAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE
• FAINT IMAGE OF WORD 'ORIGINAL' ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS.

UnionBank **DEBIT NOTIFICATION**
We Have CHARGED your account as follows:

| DATE | OFFICE/DEPT. NO. NAME |
|---|---|
| 11/2/12 | YUBA CITY |

| DESCRIPTION OF TRANSACTION | AMOUNT |
|---|---|
| DEPOSITED CHECK INTO WRONG ACCOUNT | 4,110.94 |

| CUSTOMER OFFICE NO | CONTRA | PREPARED BY | APPROVED BY |
|---|---|---|---|
| 530-671-7892 | 2180055 a64 | [signature] | [signature] |

CHARLES W. SILLER TRAN CODE ACCOUNT NUMBER # 2180055080

# $ 4,110.94

FORM 08052 (REV. 07/2009) (FORM 08052-IMP IF ENCODED)

⑈798893⑈ ⑆51000670 1⑆

121102029000020005 18

MIX Paper from responsible sources FSC C103380



DEPOSIT TICKET

UnionBank
400 California St., San Francisco, CA 94104
unionbank.com

Superior Press (888) 590-7998 Form Name: GEN-1001

DATE 11-2-12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. INCLUDE ADDING MACHINE TAPE LISTING.

| CURRENCY COUNT | |
|---|---|
| X 100 | |
| X 50 | |
| X 20 | |
| X 10 | |
| X 5 | |
| X 2 | |
| X 1 | |
| TOTAL CURRENCY | |

| | DOLLARS | CENTS |
|---|---|---|
| TOTAL CURRENCY | | |
| TOTAL COIN | | |
| TOTAL FROM OTHER SIDE | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| TOTAL | $1896 | 00 |

PLEASE ENTER TOTAL HERE

1549474
GN2SBK

CHARLES W. SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

FOR ACH/DIRECT DEPOSIT ONLY USE A VOIDED CHECK

TOTAL DEPOSIT

$ 1896.00

⑆520000412⑆ 2180055080⑈

United States Treasury 15-51/000 S 693,464,455

Check No. 3157 17962968

11 02 12 74 SAN FRANCISCO, CA
3157 17962968 28045900 S1 5 S

Pay to the order of CHARLES W SILLER 68
1220 WHYLER RD
YUBA CITY CA 95991-4715

SOC SEC FOR OCT

$***1896*00

REGIONAL DISBURSING OFFICER 454

VOID AFTER ONE YEAR

⑈31570⑈ ⑆000000518⑆ 17962968 1⑈ 071112

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 03:50PM 02900 49798 137
11/02/12
XXXXXX5080 $1,896.00

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

onBank

**CREDIT N TIFICATION**

We Have CRE D your account as follows:

| DATE | OFFICE\DEPT. NO. NAME |
|---|---|
| 11/2/12 | YUBA CITY |

| DESCRIPTION OF TRANSACTION | AMOUNT |
|---|---|
| ~~DEPOSITED~~ CHECK INTO WRONG ~~ACCOUNTED~~ | 4,110.94 |

| CUSTOMER OFFICE NO. | CONTRA | PREPARED BY | APPROVED BY |
|---|---|---|---|
| 530-671-7892 | 2180055080 | [signature] | [signature] |

ACCOUNT NUMBER

CHARLES W. SILLER # 2180055064

TRAN CODE

CR

\# $ 4,110.94

⑈32480 2⑈ ⑆520004706⑆

FORM 08053 (Rev. 07/2009) (FORM 08053-IM)

**UnionBank**

**DEBIT NOTIFICATION**

We Have CHARGED your account as follows:

| DATE | OFFICE\DEPT. NO. NAME |
|---|---|
| 11/2/12 | YUBA CITY |

| DESCRIPTION OF TRANSACTION | AMOUNT |
|---|---|
| ~~DEPOSITED~~ CHECK INTO WRONG ACCOUNT | 4,110.94 |

| CUSTOMER OFFICE NO. | CONTRA | PREPARED BY | APPROVED BY |
|---|---|---|---|
| 530-671-7892 | 2180055064 | [signature] | [signature] |

ACCOUNT NUMBER

CHARLES W. SILLER # 2180055080

TRAN CODE

\# $ 4,110.94

⑈798893⑈ ⑆510006701⑆

Personal

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 03:41PM 02900 49798 135
11/02/12
XXXXXX5064                $4,110.94

We sincerely appreciate your
business and thank you for banking at
Union Bank.

Member FDIC

SS

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 01:29PM 02900 49798 089
11/02/12
XXXXXX5080                $4,110.94

We sincerely appreciate your
business and thank you for banking at
Union Bank.

Member FDIC

11:00 AM

01/13/13

# Charles W. Siller
## Reconciliation Detail
### D.I.P. Charles Siller-S.S. Acco, Period Ending 11/29/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 100.74 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 11/5/2012 | 1044 | Charles Siller | X | -1,896.00 | -1,896.00 |
| Check | 11/30/2012 | | | X | -3.00 | -1,899.00 |
| Total Checks and Payments | | | | | -1,899.00 | -1,899.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/2/2012 | | | X | 1,896.00 | 1,896.00 |
| Total Deposits and Credits | | | | | 1,896.00 | 1,896.00 |
| Total Cleared Transactions | | | | | -3.00 | -3.00 |
| Cleared Balance | | | | | -3.00 | 97.74 |
| Register Balance as of 11/29/2012 | | | | | -3.00 | 97.74 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 12/14/2012 | 1045 | Charles Siller | | -2,000.00 | -2,000.00 |
| Total Checks and Payments | | | | | -2,000.00 | -2,000.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/14/2012 | | | | 2,116.00 | 2,116.00 |
| Total Deposits and Credits | | | | | 2,116.00 | 2,116.00 |
| Total New Transactions | | | | | 116.00 | 116.00 |
| **Ending Balance** | | | | | **113.00** | **213.74** |


Case 09-26167 Filed 01/15/13 Doc 476

STATEMENT OF ACCOUNTS
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES CA 90051-3840

RLES W SILLER
**Statement Number: 2180055080**
11/30/12 - 12/28/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

H

CY20M 110230 0000250-000481 23 309037
CHARLES W SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 2009-26167
P.O. BOX 992
YUBA CITY CA 95992

*Effective 1/1/2013, non-interest checking account and IOLTA (Interest on Lawyers Trust Account) balances will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information, please visit http://www.fdic.gov/deposit/deposits/unlimited/expiration.html.*

## UNION BANK ESSENTIALS CHECKING SUMMARY

Account Number: 2180055080

Days in statement period: 29

| | | | |
|---|---|---|---|
| **Beginning balance on 11/30** | $ | | **97.74** |
| **Total Credits** | | | **2,116.00** |
| Deposits ( 1 ) | | 2,116.00 | |
| **Total Debits** | | | **-2,013.00** |
| Checks paid ( 1 ) | | -2,000.00 | |
| Other debits, fees and adjustments ( 2 ) | | -13.00 | |
| **Ending Balance on 12/28** | $ | | **200.74** |

## CREDITS

### Deposits

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---|
| *including check and cash credits* | 12/14 | OFFICE DEPOSIT | 86762414 | $ | 2,116.00 |

## DEBITS

### Checks paid

| Number | Date | | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1045 | 12/14 | $ | 2,000.00 | | | | | | |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/28 | CHECK IMAGE FEE | | $ | 3.00 |
| 12/28 | SERVICE CHARGE W/PAPER STATEMENT | | | 10.00 |
| | **2 Other debits, fees and adjustments** | **Total amount** | **$** | **13.00** |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30-12/13 | $ | 97.74 | 12/14-12/27 | $ | 213.74 | 12/28 | $ | 200.74 |

FSC MIX Paper from responsible sources FSC® C103380





H

THIS WARNING BAR MUST HAVE A GRAY BACKGROUND WHICH FADES TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. ADDITIONAL SECURITY FEATURES ARE LISTED ON THE BACK.

CHARLES W. SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

001045

DATE 12-14-12

16-49-8/1220
2180055080

PAY TO THE ORDER OF CASH $ 2,000.00

TWO THOUSAND DOLLARS & NO CENTS. DOLLARS

UNION BANK, N.A.
445 S. Figueroa St., Los Angeles, CA 90071

FOR CASH

Charles Siller

⑈001045⑈ ⑆122000496⑆ 2180055080⑈

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
• MICROTYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES
• MULTI-COLOR PRINTING ON FACE
• FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK
• PAPER CONTAINS CHEMICAL ALTERATION INDICATORS

4029000023000083

201 02900 121412 55035 041
$2,000.00

ENDORSEMENT AREA:
Know your endorser. Require identification.

Charles Siller

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



Superior Press (888) 590-7998 Form Name: CEN-1001

**DEPOSIT TICKET**

UnionBank
400 California St., San Francisco, CA 94104
unionbank.com

DATE 12-14-12

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. INCLUDE ADDING MACHINE TAPE LISTING.

CURRENCY COUNT: X 100, X 50, X 20, X 10, X 5, X 2, X 1 — TOTAL CURRENCY

| | DOLLARS | CENTS |
|---|---|---|
| TOTAL CURRENCY | | |
| TOTAL COIN | | |
| TOTAL FROM OTHER SIDE | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| TOTAL | $2116 | 00 |

PLEASE ENTER TOTAL HERE

FOR ACH/DIRECT DEPOSIT ONLY USE A VOIDED CHECK

1549474
GN2SBK

CHARLES W. SILLER
SOCIAL SECURITY ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2009-26167
1220 WHYLER RD.
YUBA CITY, CA 95991

TOTAL DEPOSIT $ 2116.00

⑆520000412⑆ 2180055080⑈

United States Treasury 15-51/000 A 660,911,423

Check No.

12 03 12 4 SAN FRANCISCO, CA 3157 18161656
3157 18161656 28045900 S3 5 S

VOID AFTER ONE YEAR

Pay to the order of
CHARLES W SILLER 56
1220 WHYLER RD A
YUBA CITY CA 95991-4715

SOC SEC
FOR INS

$***2116*00

REGIONAL DISBURSING OFFICER 454

030959

⑈31570⑈ ⑆000000518⑆ 181616567⑈ 071212

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 11:03AM 02900 55035 031
12/14/12
XXXXXX5080
$2,116.00

We sincerely appreciate your business and thank you for banking at Union Bank.

Member FDIC

11:01 AM

01/13/13

# Charles W. Siller
# Reconciliation Detail
## D.I.P. Charles Siller-S.S. Acco, Period Ending 12/28/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 97.74 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 12/14/2012 | 1045 | Charles Siller | X | -2,000.00 | -2,000.00 |
| Check | 12/28/2012 | | | X | -13.00 | -2,013.00 |
| Total Checks and Payments | | | | | -2,013.00 | -2,013.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/14/2012 | | | X | 2,116.00 | 2,116.00 |
| Total Deposits and Credits | | | | | 2,116.00 | 2,116.00 |
| Total Cleared Transactions | | | | | 103.00 | 103.00 |
| Cleared Balance | | | | | 103.00 | 200.74 |
| Register Balance as of 12/28/2012 | | | | | 103.00 | 200.74 |
| **Ending Balance** | | | | | **103.00** | **200.74** |

PLACE ON TOP PEG MONTH Personal Account #5064

# COMPUTER INPUT JOURNAL 2012

FORM No. 191NJ

CLIENT

| | DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | ✓ | CHECK AMOUNT | LINE NO. | ACCOUNT NUMBER | BANK BALANCE | BANK DEPOSITS DATE | BANK DEPOSITS AMOUNT | ✓ | DEPOSITS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 4,546.88 | | | | |
| 1 | 8-29 | AT&T | Phone Bill | 1220 | | 208.38 | 1 | | 4,338.50 | | | | |
| 2 | 8-29 | Shelby L. Lema | Housekeeper | 1221 | | 600.00 | 2 | | 3,738.50 | | | | |
| 3 | 8-29 | Adobe Animal Hosp. | Vet Svs | 1223 | | 224.09 | 3 | | 3,514.41 | | | | |
| 4 | 8-29 | CASH (chuck) | Cash | 1224 | | 1,000.00 | 4 | | 2,514.41 | | | | |
| 5 | 9-10 | COMCAST | Cable | 1225 | | 63.70 | 5 | | 2,450.71 | | | | |
| 6 | 9-10 | Anthem Blue Cross | Health Insur | 1226 | | 515.14 | 6 | | 1,935.57 | | | | |
| 7 | 9-10 | PG&E | Elect | 1227 | | 303.74 | 7 | | 1,631.83 | | | | |
| 8 | 9-10 | Capital Insur Gp | Auto Insur | 1228 | | 361.00 | 8 | | 1,270.83 | | | | |
| 9 | ~~8-30~~ | ~~Bank Fee~~ | ~~Bank Fee~~ | — | | ~~13.00~~ | ~~9~~ | | ~~1,257.83~~ | | | | |
| 10 | 8-31 | Bank Fee | Bank Fee | — | | 3.00 | 10 | | 1,267.83 | | | | |
| 11 | 9-10 | Capital Insur Gp | Umbrella | 1229 | | 22.00 | 11 | | 1,245.83 | | | | |
| 12 | 9-13 | Shelby L. Lema | Housekeeper | 1230 | | 200.00 | 12 | | 1,045.83 | | | | |
| 13 | 9-23 | Shelby L. Lema | Housekeeper | 1231 | | 250.00 | 13 | | 795.53 | | | | |
| 14 | 9-25 | Clean Windsield Auto Glass | Windshield Repair | 1232 | | 290.00 | 14 | | 505.83 | | | | |
| 15 | 9-27 | Deposit | — | — | | — | 15 | | 4,616.77 | 9-27 | 4,110.94 | | |
| 16 | 9-28 | Bank Fee | Bank Fee | — | | 3.00 | 16 | | 4,613.77 | | | | |
| 17 | 10-8 | AT&T | Phone | 1233 | | 121.22 | 17 | | 4,492.55 | | | | |
| 18 | 10-10 | Recology Y/S | Garbage | 1234 | | 77.04 | 18 | | 4,415.51 | | | | |
| 19 | 10-10 | COMCAST | TV Cable | 1236 | | 68.94 | 19 | | 4,346.57 | | | | |
| 20 | 10-10 | PG&E | Elect | 1237 | | 191.28 | 20 | | 4,155.29 | | | | |
| 21 | ~~10-15~~ | ~~White Mallard~~ | | | | | ~~21~~ | | | | | | |
| 22 | 10-16 | Deposit | Deposit | | | | 22 | | 20,155.29 | 10-16 | 16,000.00 | | |
| 23 | 10-15 | White Mallard | Dues | 1238 | | 18,589.36 | 23 | | 1,565.93 | | | | |
| 24 | 11-2 | COMCAST | Cable | 1239 | | 58.36 | 24 | | 1,507.57 | | | | |
| 25 | 11-2 | U.S. Trustee | Dues | 1240 | | 650.00 | 25 | | 857.57 | | | | |
| 26 | 11-2 | AT&T | Phone | 1241 | | 459.51 | 26 | | 398.06 | | | | |
| * 27 | 11-2 | Deposit | — | — | | — | 27 | | 3,200.79 | 11-2 | 2,802.73 | | |
| * 28 | 11-2 | Transfer to Acct # 2419 | Transfer | — | | 2,802.73 | 28 | | 398.06 | | | | |
| 29 | 11-2 | Transfered "From" Acct #5080 | Transfer | — | | ~~4,110.94~~ | 29 | | 4,509.00 | 11-2 | 4,110.94 | | |
| 30 | 11-5 | Anthem Blue Cross | Health Insur | 1242 | | 515.14 | 30 | | 3,993.86 | | | | |
| 31 | 11-5 | Capital Insurance | Auto Insur | 1243 | | 258.00 | 31 | | 3,735.86 | | | | |
| 32 | 10-31 | Bank Fee | Bank Fee | — | | 3.00 | 32 | | 3,732.86 | | | | |

TOTALS THIS PAGE →
TOTALS PREVIOUS PAGE →
TOTALS TO DATE →

ENDING BANK BALANCE

← TOTALS THIS PAGE
← TOTALS PREVIOUS PA
← TOTALS TO DATE

FORM NO. 191NJ (9/07)

Voided Checks: 1222
1235

* Deposited to this Acct by mistake. Transfered to Acct# 2419.

CHECK NO'D. FROM ______ TO ______

Case 09-26167 Filed 01/15/13 Doc 476

PLACE ON TOP PEG MONTH Personal Account # 5064 **COMPUTER INPUT JOURNAL** 2012 CLIENT

FORM No. 191NJ

| | DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | ✓ | CHECK AMOUNT | LINE NO. | ACCOUNT NUMBER | BANK BALANCE | BANK DEPOSITS DATE | BANK DEPOSITS AMOUNT | ✓ | DEPOSITS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | FWD 3,732.86 | | | | |
| 1 | 11-12 | PG&E | Elect Bill | 1244 | | 120.65 | 1 | | 3,612.21 | | | | |
| 2 | 11-12 | Adombe Animal Hosp. | Vet Svs | 1245 | | 283.31 | 2 | | 3,328.90 | | | | |
| 3 | 11-16 | Deposit | — | — | | — | 3 | | 7,439.84 | 11-16 | 4,110.94 | | |
| 4 | 11-19 | AT&T | Phone | 1246 | | 318.43 | 4 | | 7,121.41 | | | | |
| 5 | 11-20 | Les Schwab Tire | Tires | 1247 | | 295.00 | 5 | | 6,826.41 | | | | |
| 6 | 11-30 | CA DMV | Auto Registration | 1248. | | 164.00 | 6 | | 6,662.41 | | | | |
| 7 | 11-30 | Bank Fee | Bank Fee | — | | 3.00 | 7 | | 6,659.41 | | | | |
| 8 | 12-5 | Yuba Co. Tax Col. | Property Tax | 1250. | | 2,317.86 | 8 | | 4,341.55 | | | | |
| 9 | 12-5 | Sutter Co. Tax Col. | Property Tax | 1251. | | 932.22 | 9 | | 3,409.33 | | | | |
| 10 | 12-5 | Comcast | Cable | 1252. | | 123.46 | 10 | | 3,285.87 | | | | |
| 11 | 12-12 | Deposit | — | — | | — | 11 | | 7,396.81 | 12-12 | 4,110.94 | | |
| 12 | 12-14 | PG&E | Elect | 1253. | | 183.40 | 12 | | 7,213.41 | | | | |
| 13 | 12-17 | Deposit | — | — | | — | 13 | | 29,052.85 | 12-17 | 21,839.44 | | |
| 14 | 12-17 | Cash | Christmas Gifts | 1254. | | 5,000.00 | 14 | | 24,052.85 | | | | |
| 15 | 12-18 | AT&T | Phone | 1255. | | 100.77 | 15 | | 23,952.08 | | | | |
| 16 | 12-31 | Comcast | TV Cable | 1256 | | 80.31 | 16 | | 23,871.77 | | | | |
| 17 | 12-31 | Bank Fee | Bank Fee | — | | 3.00 | 17 | | 23,868.77 | | | | |
| 18 | | | | | | | 18 | | | | | | |
| 19 | | | | | | | 19 | | | | | | |
| 20 | | | | | | | 20 | | | | | | |
| 21 | | | | | | | 21 | | | | | | |
| 22 | | | | | | | 22 | | | | | | |
| 23 | | | | | | | 23 | | | | | | |
| 24 | | | | | | | 24 | | | | | | |
| 25 | | | | | | | 25 | | | | | | |
| 26 | | | | | | | 26 | | | | | | |
| 27 | | | | | | | 27 | | | | | | |
| 28 | | | | | | | 28 | | | | | | |
| 29 | | | | | | | 29 | | | | | | |
| 30 | | | | | | | 30 | | | | | | |
| 31 | | | | | | | 31 | | | | | | |
| 32 | | | | | | | 32 | | | | | | |

TOTALS THIS PAGE →
TOTALS PREVIOUS PAGE →
TOTALS TO DATE →

ENDING BANK BALANCE

← TOTALS THIS PAGE
← TOTALS PREVIOUS PAGE
← TOTALS TO DATE

FORM NO. 191NJ (9/07)

Check # 1249 Lost! Contacted Bank.

CHECK NO'D. FROM ________ TO ________

COMPUTER INPUT JOURNAL FORM NO. 191NJ (9/07)

Case 09-26167 Filed 01/15/13 Doc 476

PLACE ON TOP PEG MONTH SOCIAL SECURITY ACCT #5080 **COMPUTER INPUT JOURNAL** 2012 CLIENT

FORM No. 191NJ

| | DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | ✓ | CHECK AMOUNT | LINE NO. | ACCOUNT NUMBER | BANK BALANCE | BANK DEPOSITS DATE | BANK DEPOSITS AMOUNT | ✓ | DEPOSITS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | F/W/D 1,270.74 | | | | |
| 1 | 1-5 | Deposit | — | — | | — | 1 | | 3,166.74 | 1-5 | 1,896.00 | | |
| 2 | 1-5 | Cash (Chuck) | Cash | 1033 | | 2,000.00 | 2 | | 1,166.74 | | | | |
| 3 | 1-30 | Bank Fee | Bank Fee | — | | 13.00 | 3 | | 1,153.74 | | | | |
| 4 | 2-6 | Deposit | — | — | | — | 4 | | 3,049.74 | 2-6 | 1,896.00 | | |
| 5 | 2-3 | Cash (Chuck) | Cash | 1034 | | 2,000.00 | 5 | | 1,049.74 | | | | |
| 6 | 2-28 | Bank Fee | Bank Fee | — | | 13.00 | 6 | | 1,036.74 | | | | |
| 7 | 3-5 | Deposit | — | — | | — | 7 | | 2,932.74 | | 1,896.00 | | |
| 8 | 3-8 | Cash (Chuck) | Cash | 1035 | | 2,000.00 | 8 | | 932.74 | | | | |
| 9 | 3-29 | Bank Fee | Bank Fee | — | | 13.00 | 9 | | 919.74 | | | | |
| 10 | 4-16 | Deposit | — | — | | — | 10 | | 2,815.74 | 4-16 | 1,896.00 | | |
| 11 | 4-3 | Cash (Chuck) | Cash | 1036 | | 2,000.00 | 11 | | 815.74 | | | | |
| 12 | 4-27 | Bank Fee | Bank Fee | — | | 13.00 | 12 | | 802.74 | | | | |
| 13 | 5-4 | Deposit | Deposit | — | | — | 13 | | 2,698.74 | 5-4 | 1,896.00 | | |
| 14 | 5-4 | Cash (Chuck) | Cash | 1038 | | 2,000.00 | 14 | | 698.74 | | | | |
| 15 | 5-30 | Bank Fee | Bank Fee | — | | 13.00 | 15 | | 685.74 | | | | |
| 16 | 6-7 | Deposit | — | — | | — | 16 | | 2,581.74 | 6-7 | 1,896.00 | | |
| 17 | 6-4 | Cash | Cash | 1039 | | 2,000.00 | 17 | | 581.74 | | | | |
| 18 | 6-28 | Bank Fee | Bank Fee | — | | 13.00 | 18 | | 568.74 | | | | |
| 19 | 7-13 | Deposit | — | — | | — | 19 | | 2,464.74 | 7-13 | 1,896.00 | | |
| 20 | 7-12 | Cash | Cash | 1040 | | 2,000.00 | 20 | | 464.74 | | | | |
| 21 | 7-30 | Bank Fee | Bank Fee | — | | 13.00 | 21 | | 451.74 | | | | |
| 22 | 8-3 | Deposit | — | — | | — | 22 | | 2,347.74 | 8-3 | 1,896.00 | | |
| 23 | 8-3 | Cash | Cash | 104 | | 2,000.00 | 23 | | 347.74 | | | | |
| 24 | 8-30 | Bank Fee | Bank Fee | — | | 13.00 | 24 | | 334.74 | | | | |
| 25 | 9-7 | Deposit | — | — | | — | 25 | | 2,230.74 | 9-7 | 1,896.00 | | |
| 26 | 9-7 | Cash (Chuck) | Cash | 1042 | | 2,000.00 | 26 | | 230.74 | | | | |
| 27 | 9-27 | Bank Fee | Bank Fee | — | | 13.00 | 27 | | 217.74 | | | | |
| 28 | 10-16 | Deposit | SS check | | | | 28 | | 2,113.74 | | 1,896.00 | | |
| 29 | 10-17 | Cash (Chuck) | Cash | 1043 | | 2,000.00 | 29 | | 113.74 | | | | |
| 30 | 10-31 | Bank Fee | Bank Fee | — | | 13.00 | 30 | | 100.74 | | | | |
| 31 | 11-2 | Deposit | — | — | | — | 31 | | 1996.74 | 11-2 | 1,896.00 | | |
| 32 | *11-2 | Deposit | — | — | | — | 32 | | 6,107.68 | 11-2 | 4,110.94 | | |

TOTALS THIS PAGE →
TOTALS PREVIOUS PAGE →
TOTALS TO DATE →

ENDING BANK BALANCE

← TOTALS THIS PAGE
← TOTALS PREVIOUS PAGE
← TOTALS TO DATE

CHECK NO'D. FROM ________ TO ________

FORM NO. 191NJ (9/07)

Voided Checks - 1037

* Deposited this acct by mistake. Transfered to acct # 5064

Case 09-26167 Filed 01/15/13 Doc 476

PLACE ON TOP PEG MONTH ______ Social Security Acct # 5080

# COMPUTER INPUT JOURNAL

FORM No. 191NJ

2012 CLIENT ______

| | DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | ✓ | CHECK AMOUNT | LINE NO. | ACCOUNT NUMBER | BANK BALANCE | BANK DEPOSITS DATE | BANK DEPOSITS AMOUNT | ✓ | DEPOSITS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FWD | 6,107.68 | | | | |
| 1 | 11-2 | Transferred To Acct #5064 | Transfer | — | | 4,110.94 | 1 | | 1,996.74 | | | | |
| 2 | 11-5 | Cash (Chuck) | Cash | 1044 | | 1,896.00 | 2 | | 100.74 | | | | |
| 3 | 11-29 | Bank Fee | Bank Fee | — | | 3.00 | 3 | | 97.74 | | | | |
| 4 | 12-14 | Deposit | — | — | | — | 4 | | 2,213.74 | 12-14 | 2,116.00 | | |
| 5 | 12-14 | Cash (Chuck) | Cash | 1045 | | 2,000.00 | 5 | | 213.74 | | | | |
| 6 | 12-28 | Bank Fee | Bank Fee | — | | 13.00 | 6 | | 200.74 | | | | |
| 7 | | | | | | | 7 | | | | | | |
| 8 | | | | | | | 8 | | | | | | |
| 9 | | | | | | | 9 | | | | | | |
| 10 | | | | | | | 10 | | | | | | |
| 11 | | | | | | | 11 | | | | | | |
| 12 | | | | | | | 12 | | | | | | |
| 13 | | | | | | | 13 | | | | | | |
| 14 | | | | | | | 14 | | | | | | |
| 15 | | | | | | | 15 | | | | | | |
| 16 | | | | | | | 16 | | | | | | |
| 17 | | | | | | | 17 | | | | | | |
| 18 | | | | | | | 18 | | | | | | |
| 19 | | | | | | | 19 | | | | | | |
| 20 | | | | | | | 20 | | | | | | |
| 21 | | | | | | | 21 | | | | | | |
| 22 | | | | | | | 22 | | | | | | |
| 23 | | | | | | | 23 | | | | | | |
| 24 | | | | | | | 24 | | | | | | |
| 25 | | | | | | | 25 | | | | | | |
| 26 | | | | | | | 26 | | | | | | |
| 27 | | | | | | | 27 | | | | | | |
| 28 | | | | | | | 28 | | | | | | |
| 29 | | | | | | | 29 | | | | | | |
| 30 | | | | | | | 30 | | | | | | |
| 31 | | | | | | | 31 | | | | | | |
| 32 | | | | | | | 32 | | | | | | |

TOTALS THIS PAGE →
TOTALS PREVIOUS PAGE →
TOTALS TO DATE →

ENDING BANK BALANCE

← TOTALS THIS PAGE
← TOTALS PREVIOUS PA
← TOTALS TO DATE

CHECK NO'D. FROM ______ TO ______

FORM NO. 191NJ (9/07)

COMPUTER INPUT JOURNAL